AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-mj-00133 |
| Ryan Kelley | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) Assign. Date: 6/7/2022 |
| | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Ryan Kelley**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly Engage in any Act of Physical Violence Against Person or Property in any Restricted Building or Grounds;
18 U.S.C. § 1361 - Willfully injure or commit any Depredation Against any Property of the United States.

Date: 06/08/2022

Zia M. Faruqui
2022.06.08 19:12:13 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 6-8-2022, and the person was arrested on (date) 6-9-2022
at (city and state) Allendale, MI.

Date: 6-9-2022

*Arresting officer's signature*

Brett Coble, FBI Special Agent
*Printed name and title*