NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                       Criminal Number  1:22-mj-00133-ZMF

**RYAN KELLEY**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

**Jay P. Mykytiuk, 976596**
*(Attorney & Bar ID Number)*
Scrofano Law, PC
*(Firm Name)*
**600 F Street, NW Suite 300**
*(Street Address)*
**Washington      DC      20004**
*(City)          (State)        (Zip)*
**202-630-1522**
*(Telephone Number)*