IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )          CASE NO. 1:22-mj-00133-ZMF
                                       )
RYAN KELLEY,                           )
                                       )
            Defendant.                 )
                                       )

## MOTION FOR ADMISSION OF ATTORNEY GARY K. SPRINGSTEAD TO APPEAR PRO HAC VICE

GARY K. SPRINGSTEAD hereby applies for permission to appear and participate as counsel for Defendant RYAN KELLEY in the above-entitled matter pursuant to LCrR 44.l(c) and of the Local Rules for the United States District Court for the District of Columbia. GARY K. SPRINGSTEAD is a member in good standing of the State Bar of Michigan. The grounds for this application are set forth in the attached Declaration in Support of Motion for Admission of Attorney GARY K. SPRINGSTEAD to Appear *Pro Hac Vice.*

The undersigned, JAY MYKYTIUK, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 14th day of June, 2022.

Respectfully submitted,


SCROFANO LAW PC

/S/
_____

**BY:**    **JAY MYKYTIUK**
D.C. Bar No.: 976596
600 F Street NW
SUITE 300
WASHINGTON, DC 20004
202-670-2390
jpm@scrofanolaw.com
On Behalf of Attorney
Gary K. Springstead
MI State Bar No. P59726
*(pro hac vice* application pending)