IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:22-mj-00133-ZMF |
| | ) |
| RYAN KELLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF ATTORNEY GARY K. SPRINGSTEAD IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Gary K. Springstead, hereby declare:

1. My name, office address, and telephone number are as follows:

   Gary K. Springstead
   Springstead Bartish Borgula & Lynch PLLC
   60 Monroe Center St. NW Suite 500
   Grand Rapids, MI 49503
   616-458-5500

2. I have been admitted to the following courts and bars:

   *Admission to Practice*
   Bar of the State of Michigan – Admitted June 21, 1999
   United States District Court for the Western District of Michigan – February 2, 2006
   United States District Court for the Eastern District of Michigan – October 13, 2008
   United States District Court for the Eastern District of Virginia -- August 9, 1999
   Sixth Circuit Court of Appeals – August 27, 2007

   *Pro Hac Vice Admission to Practice*
   United States District Court for the Middle District of Pennsylvania
   United States District Court for the District of Hawaii
   United States District Court for the District of Connecticut
   United States District Court for the District of Kansas
   United States District Court for the Northern District of Ohio
   United States District Court for the Middle District of Tennessee

United States District Court for the Western District of North Carolina
United States District Court for the Middle District of North Carolina

3. I am currently in good standing with all states, courts, and bars in which I am admitted, and have never been disciplined by any bar.

4. I have previously been admitted *pro hac vice* in this Court one time within the last two years.

5. I do not have an office located within the District of Columbia.

6. I am familiar with the Federal Rules of Criminal Procedure and the applicable Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

This, the 15th day of June, 2022.

                                                    Respectfully submitted,

                                                    */s/ Gary K. Springstead*
                                                    Gary K. Springstead
                                                    MI State Bar No. P59726
                                                    Attorney for Ryan Kelley

Gary K. Springstead
60 Monroe Center St. NW  Suite 500
Grand Rapids, MI 49503
Phone: 616-458-5500
Fax: 616-458-6007
Email:  gary@sbbllaw.com